IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00770-LTB-MJW

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2007-2,

Plaintiff(s),

v.

LORI GARNER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Upon review of the court's file and the pending motions, the court has discovered that the defendant, who filed a Notice of Removal, failed to file with that Notice "a copy of all process, pleadings, and orders served upon such defendant . . . in such [state court] action" as required by 28 U.S.C. § 1446(a). Inasmuch as the defendant is pro se and is not permitted to file electronically, and in the interest of considering the pending motions expeditiously, it is hereby

     ORDERED that the plaintiff shall forthwith file with the court "a copy of all process, pleadings, and orders served upon such defendant . . . in such [state court] action."

     It is further ORDERED that the plaintiff's Motion for Partial Stay of Proceedings (Docket No. 14) is granted to the extent that the Rule 16 Scheduling/Planning Conference set for July 24, 2008, at 9:00 a.m. is vacated, and the parties need not comply with the additional provisions of this Court's Order Setting Scheduling/Planning Conference (Docket No. 7) with respect to holding a pre-scheduling conference meeting, preparing a proposed scheduling order, submitting a confidential settlement statement, and complying with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).

Date: June 30, 2008