# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-00770-LTB-MJW

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-2,

      Plaintiff,

v.

LORI GARNER,

      Defendant.

___

## ORDER
___

This case is before me on the recommendation of the Magistrate Judge issued and served on July 8, 2008 (Doc 20). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1. Plaintiff's Motion to Remand to Arapahoe District Court (Doc 2) is GRANTED.

2. Plaintiff's Motion for Sanctions Pursuant to Fed.R.Civ.P. 11 (Doc 4) is GRANTED. Plaintiff is awarded its attorney fees and costs, the claim therefor to be submitted in ten (10) days.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: July 29, 2008