**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 08-cv-00770-LTB-MJW

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-2,

      Plaintiff,

v.

LORI GARNER,

      Defendant.

___

**ORDER FOR ATTORNEYS' FEES**
___

THE COURT, having reviewed plaintiff's Motion to Issue Order Relating to Attorneys' Fees (Doc 24), the Court's file, and noting that the defendant neither objected to nor responded to plaintiff's attorneys' fees claim (Doc 23) filed pursuant to this Court's order of July 29, 2008 (Doc 21), HEREBY ORDERS an award of attorneys' fees in the amount of $2,280.00 in favor of the plaintiff and against the defendant, Lori Garner.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   November 25, 2008